## HARRON CABLEVISION OF NEWPORT, INC.

v.

### Edward F. BURKE.

### No. 84–542–M.P.

Supreme Court of Rhode Island.

Jan. 24, 1985.

Charles J. McGovern, Providence, for petitioner.

John A. Notte III, Charles J. McCarthy, Richard S. Mittleman, George C. Berk, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.

### 2
### Dorothy LaCHAPELLE

v.

### SUPERIOR COURT et al.

### No. 85–21–M.P.

Supreme Court of Rhode Island.

Jan. 24, 1985.

Paul J. DiMaio, Providence, for petitioner.

Arlene S. Violet, Atty. Gen., Constance L. Messore, Sp. Asst. Atty. Gen., for respondents.

### ORDER

The petition for writs of mandamus and habeas corpus are denied.

MURRAY, J., did not participate.

### 3
## MARK IV INDUSTRIES, INC.

v.

### John H. NORBERG.

### No. 84–479–M.P.

Supreme Court of Rhode Island.

Jan. 24, 1985.

James R. McGowan, Providence, for petitioner.

Perry Shatkin, Chief Legal Office, Div. of Taxation, Dennis J. Roberts II, Atty. Gen., Donald G. Elbert, Jr., Asst. Atty. Gen., Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.